PEOPLE EX REL. GEORGE G. TORREY v. JUDGE OF WAYNE CIRCUIT COURT.

*Appeals from commissioners in probate are always at issue.*

Appeals from commissioners in probate are always at issue, and if noticed for trial in due time must be placed on the docket, even though no plea had been filed when notice was given.

An order that an issue be framed on an appeal from commissioners in probate need not delay proceedings to a trial.

MANDAMUS. Submitted and decided April 9.

*John H. Bissell* for relator. The report of commis-

sioners in probate has been considered a sufficient statement of the case where no formal issue had been framed by pleadings, *White v. Allen,* 18 Mich., 194; there are no technical rules for framing an issue for the trial of an appeal from them, *Comstock v. Smith,* 26 Mich., 306.

*Ed. E. Kane* for respondent.

PER CURIAM. The relator noticed his case for trial in due time for the March term, and the only question that can be made of his right to have it go upon the docket arises from the fact that the plea was not filed when the notice was given. But we think this was no objection. Appeals from commissioners in probate cases are always at issue, and the making up of a new issue in the circuit court is a mere matter of form, and seldom necessary or important. A direction that such an issue be framed need not delay proceedings to a trial.

Mandamus granted.